UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 19-cv-60725-BLOOM/Valle

INDERIA SHIELDS,

    Plaintiff,

v.

THE FRESH MARKET, INC.,

    Defendant.
_____/

## ORDER SCHEDULING MEDIATION

The mediation conference in this case shall be held on **September 4, 2019**, at **12:00 p.m.** with Markel Arrizabalaga at K&A Mediation 169 E Flagler St #1420, Miami, FL 33131.  On or before **September 9, 2019**, the parties shall file a mediation report indicating whether all required parties were present.  The report shall also indicate whether the case settled (in full or in part), was continued with the consent of the parties, or whether the mediator declared an impasse.  The parties may not reschedule the mediation without leave of court.

**DONE AND ORDERED** in Chambers at Miami, Florida, on May 14, 2019.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of Record